UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HAL ANTILLEN N.V., *et al.*,

Plaintiffs,

v.

DAVID DAYTON RAMSOWER, *et al.*,

Defendants.

NO. C16-1744RSL

TEMPORARY RESTRAINING ORDER

This matter comes before the Court on "Plaintiffs' Motion for Temporary Restraining Order." Plaintiffs HAL Antillen N.V., HAL Nederland N.V., and Holland America Line N.V (collectively "plaintiffs" or "HAL") seek a restraining order to prohibit defendants David Dayton Ramsower, Angela Irene Ramsower, Amalia Garzon, Alan Lawrence Shanske, and Sarah Shanske, their attorneys, and all persons acting on their behalf or in concert with them from proceeding with the arrest or attachment of any ocean going vessel owned or operated by plaintiffs in any jurisdiction other than the Western District of Washington in connection with defendants' personal injury claims against HAL arising out of an accident that occurred in Costa Rica during a December 27, 2015, shore excursion from the HAL vessel MS AMSTERDAM while they were on a cruise through Central America.

The Court has reviewed the motion and accompanying declarations and exhibits and finds that the anti-injunction factors set forth in Applied Med. Distrib. v. Surgical Co., 587 F.3d 909, 913 (9th Cir. 2009), weigh in favor of granting a restraining order in this case. The Court also

TEMPORARY RESTRAINING ORDER - 1

finds that plaintiffs face immediate and irreparable injury, including delay of the vessel in port which will disrupt the carefully planned schedule and itinerary of the vessel and result in missed ports, missed shore excursions and other inconveniences to the passengers, complications in the fueling and provisioning of the vessel, and disruption of the orderly turnaround of the vessel at the end of the present voyage and beginning of the next, if a restraining order is not issued.

IT IS HEREBY ORDERED, therefore, that plaintiffs' motion for a temporary restraining order is GRANTED. Defendants David Dayton Ramsower, Angela Irene Ramsower, Amalia Garzon, Alan Lawrence Shanske, and Sarah Shanske, their attorneys and all persons acting on their behalf are restrained from proceeding with the arrest or attachment of any ocean going vessel owned or operated by plaintiffs in any jurisdiction other than in the United States District Court for Western District of Washington at Seattle based on personal injury claims against HAL arising out of an accident that occurred in Costa Rica during a December 27, 2015, shore excursion from the HAL vessel MS AMSTERDAM while they were on a cruise through Central America. No bond shall be required.

This Order has been entered with notice to, but no appearance of, attorneys purporting to represent defendants in this matter. It is issued this 10th day of November, 2016, at 4:20 p.m. and will expire unless extended by the Court at midnight on the 23rd of November, 2016. Defendants may, on or before Friday November 18, 2016, oppose the conversion of the temporary order into a preliminary injunction. Plaintiffs may, on or before November 22, 2016, file a reply.

Dated this 10th day of November, 2016.

*[signature: Robt S Lasnik]*
Robert S. Lasnik
United States District Judge

TEMPORARY RESTRAINING ORDER - 2